# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# WESTERN DIVISION

THE ESTATE OF FED ROGERS, SR.
AND CAROLYN FAYE ROGERS,
INDIVIDUALLY AND ON BEHALF OF
THE ESTATE AND WRONGFUL
DEATH BENEFICIARIES OF FED
ROGERS, SR.                                                                PLAINTIFFS

VS.                                           CIVIL ACTION NO. 5:03-CV-279-DCB

CLAIBORNE COUNTY NURSING
CENTER, INC.; INTERNATIONAL
HEALTHCARE PROPERTIES 61, LP;
TOYO JITSUGYO, CO., LTC;
INTERNATIONAL HEALTHCARE
ASSOC. 61, INC.; VANGUARD
HEALTHCARE; C. BRUCE KELLY;
JOHN DOES 1 THROUGH 10; AND
UNIDENTIFIED ENTITIES 1
THROUGH 10 (AS TO CLAIBORNE
COUNTY NURSING CENTER)                                                     DEFENDANTS

## AGREED ORDER OF DISMISSAL WITH PREJUDICE
## AS TO CERTAIN DEFENDANTS

THIS MATTER came before the Court on the *ore tenus* motion of Plaintiffs THE

ESTATE OF FED ROGERS, SR. AND CAROLYN FAYE ROGERS, INDIVIDUALLY AND

ON BEHALF OF THE ESTATE AND WRONGFUL DEATH BENEFICIARIES OF FED

ROGERS, SR. ("Plaintiffs") to dismiss with prejudice the claims in this action against

Defendants CLAIBORNE COUNTY NURSING CENTER, INC.; INTERNATIONAL

HEALTHCARE PROPERTIES 61, LP; TOYO JITSUGYO, CO., LTC; INTERNATIONAL

HEALTHCARE ASSOC. 61, INC.; VANGUARD HEALTHCARE; C. BRUCE KELLY;

SENIOR LIVING CENTERS, LLC; JOHN DOES 1 THROUGH 10; AND UNIDENTIFIED

ENTITIES 1 THROUGH 10 (AS TO CLAIBORNE COUNTY NURSING CENTER)

("Defendants"). After being fully advised in the premises, and Plaintiffs and Defendants having

PD.3888827.1

reached a full and final compromise regarding this dispute, the Court finds that the motion is well-taken and should be granted.

IT IS THEREFORE ORDERED that Plaintiff's claims in this action against Defendants are hereby dismissed with prejudice with each party to bear its own costs.

IT IS FURTHER ORDERED that this Court shall retain jurisdiction to enforce the terms of the Settlement Agreement and Release by and between Plaintiffs and Defendants, including, but not limited to, the authority to enforce the payment of all sums potentially due Plaintiffs under the terms of said Release.

SO ORDERED, this the 21st day of December, 2009.

UNITED STATES DISTRICT JUDGE

Approved and Agreed:

CAMERON C. JEHL
Counsel for Plaintiffs

B. LYLE ROBINSON
Counsel for Defendants

PD.3888827.1